FILED

01/23/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0711

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0711

IN THE MATTER OF;

B.W.,

      Respondent and Appellant.

## ORDER

Pursuant to Appellant's motion for extension to time to file Appellant's opening brief and good cause appearing,

IT IS HEREBY ORDERED that Appellant has until February 26, 2024, to file the opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 23 2024